NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MICHAEL RAY FUQUA, *Petitioner*.

No. 1 CA-CR 20-0535 PRPC
FILED 7-15-2021

Appeal from the Superior Court in Navajo County
No. CR20050540
The Honorable Michala M. Ruechel, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Michael Ray Fuqua, Buckeye
*Petitioner*

Navajo County Attorney's Office, Holbrook
By Bradley W. Carlyon
*Counsel for Respondent*

**MEMORANDUM DECISION**

Chief Judge Kent E. Cattani, Judge Samuel A. Thumma and Judge Brian Y. Furuya delivered the decision of the Court.

**PER CURIAM**:

**¶1**　　　　Petitioner Michael Ray Fuqua seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.　This is Fuqua's second petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).　It is the petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.　*See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.　We find the petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review but deny relief.

